**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Harold Lee,<br><br>         Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio,<br><br>         Defendant. | No. CV05-0810-PHX-SRB<br><br>**ORDER** |

Plaintiff filed his Civil Rights Complaint on March 16, 2005. On May 13, 2005, this Court issued an order advising Plaintiff to complete and return a service packet for Defendant by June 2, 2005. No service packet has been returned.

On April 27, 2006, the Magistrate Judge filed his Report and Recommendation recommending that this case be dismissed for Plaintiff's failure to prosecute.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1   IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2   as the order of this Court.
3   IT IS FURTHER ORDERED dismissing this case without prejudice pursuant to Rule
4   41(b), Fed. R. Civ. P. for failure to prosecute.
5   IT IS FURTHER ORDERED directing the Clerk to enter Judgment accordingly.

7   DATED this 12th day of June, 2006.

*/s/ Susan R. Bolton*
Susan R. Bolton
United States District Judge